

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-CR-00070-R |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DETENTION AFTER** |
| | ) | **HEARING** |
| JOSE SOTO-MARTINEZ, | ) | |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | ) | 18 U.S.C. 3143(a)] |
| | ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

1

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his non-objection and failure to proffer any evidence to meet his burden on this issue;

and

B.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his non-objection; failure to proffer any evidence to meet his burden on this issue; and criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: December 1, 2016

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2